# Order

Michigan Supreme Court
Lansing, Michigan

November 26, 2019

158923

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARL ROMELL PERRY,
      Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158923
COA: 345497
Wayne CC: 17-007667-FC

_____/

      By order of April 2, 2019, the application for leave to appeal the November 15, 2018 order of the Court of Appeals was held in abeyance pending the decision in *People v Willis* (Docket No. 157465).  On order of the Court, leave to appeal having been denied on July 3, 2019, 504 Mich 905 (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019

t1118

Clerk